# Court of Appeals
# of the State of Georgia

ATLANTA, July 03, 2018

*The Court of Appeals hereby passes the following order*

## A18I0238. THE ATLANTA DEVELOPMENT AUTHORITY d/b/a INVEST ATLANTA ET AL. v. ANSLEY WALK CONDOMINIUM ASSOCIATION, INC..

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2017CV296875



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, July 03, 2018.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.